**DAVIS WRIGHT & JONES, Plaintiff–Appellee,**

v.

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Defendant–Appellant.**

No. 89–35255.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 5, 1990.

Decided March 19, 1990.

Bradley D. Stam, Culp, Dwyer, Guterson, & Grader, Seattle, Wash., for defendant-appellant.

Arthur W. Harrigan, Danielson, Harrigan, Smith & Tollesson, Seattle, Wash., for plaintiff-appellee.

Before KOELSCH, ALARCON and RYMER, Circuit Judges.

PER CURIAM:

The court AFFIRMS for the reasons set forth in the district court's order. *Davis Wright & Jones v. National Union Fire Ins. Co.*, 709 F.Supp. 196 (W.D.Wash.1989).